CINCINNATI BAR ASSOCIATION *v.* SHABAZZ.

[Cite as *Cincinnati Bar Assn. v. Shabazz* (1994), 69 Ohio St.3d 535.]

(No. 94–553—Submitted May 10, 1994—Decided July 13, 1994.)

536

*Klaine, Wiley, Hoffman & Meurer* and *Franklin A. Klaine, Jr.; Lindhorst & Driedame* and *James L. O'Connell,* for relator.

*Donald A. Shabazz, pro se.*

*Per Curiam.* We concur in the findings and recommendation of the board. Donald A. Shabazz is hereby suspended from the practice of law for an additional six months, to be served consecutively to his prior suspension, with the one year of monitored probation to follow. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.